IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-391-wmc

v.

CONTINENTAL INSURANCE
COMPANY, f/d/a MAIDEN LANE
SYNDICATE, INC. and SOUTH PLACE
SYNDICATE, INC.,

    Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Employers Insurance Company of Wausau pursuant to section 13 of the FAA, 9 U.S.C. § 13 granting its petition for an order confirming an award issued on May 29, 2013.

By: _____
    Peter Oppeneer, Clerk of Court

7-3-2013
Date