IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

        Plaintiff,

v.

CONTINENTAL INSURANCE
COMPANY, f/d/a MAIDEN LANE
SYNDICATE, INC. and SOUTH PLACE
SYNDICATE, INC.,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-391-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff Employers Insurance Company of Wausau pursuant to section 13 of the FAA, 9 U.S.C. § 13 granting its petition for an order confirming an award issued on May 29, 2013.

By: _____        7-3-2013
    Peter Oppeneer, Clerk of Court             Date